F. Jay Rahimi (SBN: 305286)
jay@jrahimilaw.com
**The Law Offices of F. Jay Rahimi**
5850 Canoga Ave. 4th Floor
Woodland Hills, CA 91367
Telephone: (818) 445-4274
Facsimile:(866) 543-4345

Sara Khosroabadi, Esq. (SBN: 299642)
sara@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:   (619) 233-7770
Facsimile:    (619) 297-1022

*Attorneys for Plaintiff,*
Warwick L. Rose

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warwick L. Rose,<br><br>                Plaintiff,<br><br>v.<br><br>Portfolio Recovery Associates, LLC,<br><br>                Defendant. | **Case No.: 2:17-cv-01973-DSF-FFM**<br><br>**JOINT STIPULATION TO DISMISS DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC WITH PREJUDICE** |

Plaintiff WARWICK L. ROSE, and Defendant Portfolio Recovery Associates, LLC (collectively the "Parties") hereby stipulate to dismiss Defendant Portfolio Recovery Associates, LLC from the above entitled action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

WHEREFORE, the Parties request that this Court dismiss Defendant Portfolio Recovery Associates, LLC from the above entitled action with prejudice. The Parties shall bear their own respective fees and costs.

Dated: February 16, 2018          **THE LAW OFFICES OF F. JAY RAHIMI**

                                  By: /s/ F. Jay Rahimi
                                       F. Jay Rahimi, Esq.
                                       Attorneys for the Plaintiff

Dated:  February 16, 2018         **HINSHAW & CULBERTSON LLP**

                                  By: /s/ Justin M. Penn
                                       Justin M. Penn, Esq.
                                       Attorney for Portfolio
                                       Recovery Associates, LLC